**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2954 Disciplinary Docket No. 3 |
| | : | |
| MICHAEL DAVID LINDNER, JR. | : | No. 27 DB 2023 |
| | : | |
| | : | (Supreme Court of New Jersey, D-53 |
| | : | September Term 2021) |
| | : | |
| | : | Attorney Registration No. 79320 |
| | : | |
| | : | (Out of State) |

**ORDER**

**PER CURIAM**

**AND NOW**, this 3rd day of May, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Michael David Lindner, Jr., is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of three months. He shall comply with the provisions of Pa.R.D.E. 217.